**UNITED STATES of America,**
**Appellee,**

v.

**Allen KLEIN, Appellant.**

**No. 116, Docket 71-1464.**

United States Court of Appeals,
Second Circuit.

Argued Oct. 6, 1971.

Decided Oct. 13, 1971.

Max Freund, New York City (Rosenman, Colin, Kaye, Petschek, Freund & Emil, New York City, on the brief), for appellant.

Alan B. Morrison, Asst. U. S. Atty., for appellee.

Before MOORE, HAYS and FEINBERG, Circuit Judges.

PER CURIAM:

The decision of the district court is affirmed.

**UNITED STATES of America,**
**Appellee,**

v.

**James Henry McLEAN, a/k/a James Henry McClean, Appellant.**

**No. 71-1429.**

United States Court of Appeals,
Fourth Circuit.

Argued Oct. 8, 1971.

Decided Nov. 3, 1971.

William R. Moore, Jr., Norfolk, Va. (Court-appointed counsel) [Parsons, Steffen & Moore, Norfolk, Va., on the brief], for appellant.

James A. Oast, Jr., Asst. U. S. Atty. (Brian P. Gettings, U. S. Atty., on the brief), for appellee.

Before BOREMAN, Senior Circuit Judge, WINTER, Circuit Judge, and DUPREE, District Judge.

PER CURIAM:

James Henry McLean, a/k/a James Henry McClean, upon written waiver of indictment, entered a plea of not guilty to six counts of mail fraud (18 U.S.C. § 1341) contained in a criminal information filed against him. Following a jury trial he was convicted of the violations as charged and was sentenced to one year in prison on each of the six counts, the sentences to be served consecutively.

Upon consideration of the record, the briefs and arguments of counsel, we find no error. The judgments below will be

Affirmed.